UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND


Paul Enos, *Chairman of the*
*Rhode Island Bricklayers Benefits Funds*
    Plaintiff

   v.                                                     CA 11-098ML

Union Stone, Inc.
    Defendant


## **JUDGMENT**

IT IS ORDERED AND ADJUDGED:

Judgment shall enter for Plaintiff PAUL ENOS against Defendant UNION STONE, INC. in the following amounts:

    $35,412.28 in unpaid fringe benefit contributions;
    $12,394.30 in assessed contractual interest; and,
    $51,124.00 in attorney's fees;
    for a total judgment of **$98,930.58**.

All pursuant to this Court's Order dated May 7. 2012, granting in part Plaintiff's Motion for Summary Judgment; Bench Trial held in this matter on August 20, 2012 and August 22, 2012; and, this Court's Memorandum and Order dated October 19, 2012, granting Plaintiff's Motion for Attorney's Fees.


                                                Enter:

                                                */s/John Duhamel*
                                                Deputy Clerk


DATED:  **November 7, 2012**